Date of Arrest: 09/07

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, Vs. Manuel Humberto LOPEZ-Camacho AKA: None Known 201224352 YOB: 1975 Citizen of: Mexico Defendant | Magistrate Case No. 21 - 1397 MJ  COMPLAINT FOR VIOLATION OF  Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 07, 2021, Defendant Manuel Humberto LOPEZ-Camacho, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of El Paso, Texas, on or about June 24, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louie Uhl
SAD for LCU

Signature of Complainant
Antonio Ramirez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

September 09, 2021            at    Yuma, Arizona
Date                                 City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Manuel Humberto LOPEZ-Camacho
AKA: None Known
201224352

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 07, 2021, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Aurora, Colorado on or about June 10, 2019. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about June 24, 2019, through the port of El Paso, Texas, subsequent to a conviction in a Superior Court, State of Colorado, County of Arapahoe, on or about May 15, 2018, for the crime of Dangerous Drugs Controlled Substance-Possession, a felony.

Agents determined that on or about September 07, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Rafael Flores, Brandon Vincent, and Francisco Rios.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA David Chernick.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

__September 09, 2021__
Date

_____
Signature of Judicial Officer